FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 1 3 2019 ★

BROOKLYN OFFICE

KUNTZ, J.

SSS:ADG
F. #2018R00322

BULSARA, M.J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RAYMOND LEONARD,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

CR 19 365

Cr. No. _____

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

THE GRAND JURY CHARGES:

### ILLEGAL REENTRY

On or about September 8, 2017, within the Eastern District of New York, the defendant RAYMOND LEONARD, an alien who had previously been removed and deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States

Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2018R00322

FORM DBD-34

JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

RAYMOND LEONARD,

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Andrew D. Grubin, Assistant U.S. Attorney (718) 254-6322*