```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                          :
            v.                            :        **ORDER**
                                          :        19-CR-365 (WFK)
RAYMOND LEONARD,                         :
                                          :
            Defendant.                    :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court previously granted Defendant's motion for new counsel. Feb. 21, 2020 ECF Minute Entry. Subsequently, Defendant filed a motion for the appointment of counsel and motion for bond. ECF No. 22. The Court hereby GRANTS Defendant's motion for the appointment of counsel and appoints Thomas F. Dunn, Esq., attorney registration no. 1701812, as CJA counsel for Defendant.

**SO ORDERED.**

s/ WFK

Dated: June 22, 2020        HON. WILLIAM F. KUNTZ, II
     Brooklyn, New York        UNITED STATES DISTRICT

1