EXHIBIT A

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
# (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
(En los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)

95A1330

**United States of America:**
**(Estados Unidos de América:)**

**File No.** A036 709 518
**(No. de registro)**

**Dated** November 24, 1995
**(Fechada)**

In the matter of: Raymond LEONARD
(En el asunto de) AKA: (See Continuation Sheet) _____ (Respondent)
Address: 94-17 212th Place (Demandado)
(Dirección)
Queens Village, N.Y. 11412

Telephone No. (Area Code)
(No. de teléfono y código de área)

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)

1) You are not a citizen or national of the United States;
   (Ud. no es ciudadano o nacional de los Estados Unidos)

2) You are a native of __Guyana__ and a citizen of __Guyana__;
   (Ud. es nativo de) Guyana (y ciudadano de) Guyana

3) You entered the United States at or near __New York, New York__ on or about __November 21, 1982__
   (Ud. entró a los Estados Unidos en o cerca de) (el día o hacia esa fecha)
   Nueva York, Nueva York                          21 de noviembre de 1982

SEE ATTACHMENT PAGE(S) FOR ALLEGATIONS

(VEA PAGINA(S) ADJUNTA PARA LOS ALEGATOS)

LEONARD_001092

Form I-221 (Rev. 6/12/92) N                                                       Page 1

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

## NOTICE OF RIGHTS AND CONSEQUENCES

The Immigration and Naturalization Service believes that you are an alien not lawfully entitled to be in or to remain in the United States. Read this notice carefully and ask questions about anything in this notice you do not understand. This notice identifies your rights as an alien in deportation proceedings, and your obligations and the conditions with which you must comply in order to protect your eligibility to be considered for certain benefits.

Any statement you make before an Immigration Officer may be used against you in any immigration or administrative proceeding.

You may be represented, at no expense to the United States government, by an attorney or other individual who is authorized and qualified to represent persons in these proceedings. You will be given a list of organizations, attorneys and other persons who have indicated their availability to represent aliens in these proceedings. Some of these persons may represent you free of charge or for a nominal fee. You may also be represented by a friend, relative, or other person having a pre-existing relationship with you, provided his or her appearance is permitted by the immigration judge.

You will have a hearing before an immigration judge, scheduled **no sooner than 14 days from the date you are served with this Order to Show Cause (unless you request in writing an earlier hearing date).** The fourteen-day period is to allow you to seek an attorney or representative, if you desire to be represented. At your hearing, you will be given the opportunity to admit or deny any or all of the allegations in this Order to Show Cause, and whether you are deportable on the charges set forth herein. You will have an opportunity to present evidence and/or witnesses on your own behalf, to examine evidence presented by the government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the government. Any document that you present that is in a foreign language must be accompanied by a certified English translation. It is your responsibility to ensure that any witnesses you wish to present on your own behalf be present at the hearing.

The immigration judge will advise you regarding relief from deportation for which you may be eligible. You will be given a reasonable opportunity to make an application for any such relief. If you are not satisfied with the decision of the immigration judge, you have the right to appeal. The immigration judge will provide you with your appeal rights.

## AVISO DE DERECHOS Y CONSECUENCIAS

El Servicio de Inmigración y Naturalización opina que Ud. es un extranjero sin derecho legal a estar o permanecer en los Estados Unidos. Lea este aviso cuidadosamente y pregunte acerca de cualquier parte del mismo que no entienda. Este aviso le explica los derechos que tiene como extranjero en los trámites de deportación, y las obligaciones y condiciones que debe cumplir con el fin de proteger su derecho a que se le considere para recibir ciertos beneficios.

Las declaraciones que haga ante un funcionario del Servicio de Inmigración podrán usarse en su contra en cualquier trámite administrativo o de inmigración.

Ud. puede ser representado, sin costo alguno para el gobierno de los Estados Unidos, por un abogado o otra persona autorizada y calificada para representar personas en estos trámites. Ud. recibirá una lista de las entidades, abogados y demás personas dispuestas a representar a extranjeros en estos trámites. Algunas de esas personas pueden representarle gratuitamente o por honorarios nominales. También puede representarle un amigo, familiar o otra persona con la que tenga una relación establecida, siempre que el juez de inmigración permita su comparecencia.

Ud. tendrá una audiencia ante un juez de inmigración, fijada **con un mínimo de 14 días a partir de la fecha que se le expidio esta Orden (a menos que Ud. solicite por escrito una audiencia en plazo aún menor).** El plazo de catorce días le permitirá conseguir los servicios de un abogado o representante, si lo desea. En la audiencia se le dará la oportunidad de admitir o negar cualquiera de los alegatos de esta Orden o todos ellos, y se le informará si está sujeto a deportación por los cargos expresados en la misma. Ud. tendrá la oportunidad de presentar pruebas y testigos a favor suyo, de examinar las pruebas presentadas por el gobierno, de oponerse, con base en los razonamientos legales pertinentes, a la admisión de pruebas y de interrogar a cualquier testigo del gobierno. Todo documento que presente en un idioma extranjero debe ir acompañado de una traducción certificada al inglés. Sera responsabilidad suya asegurarse de que cualquier testigo suyo comparesca a la audiencia.

El juez de inmigración le informará sobre los recursos de deportación a los que tenga derecho y se le dará una oportunidad adecuada para solicitarlos. Si no está de acuerdo con la decisión del juez, puede apelarla. El juez de inmigración le informará acerca de sus derechos de apelación.

LEONARD_000446

Dated: November 24, 1995
*(Fechada)*

Respondent: Raymond LEONARD
*(Demandado)*

File No.: A036 709 518
*(No. de registro)*

**AND** on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

*(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposición(es) de la ley:)*

Section 241(a)(2)(A)(ii) of the Immigration and Nationality Act (INA), as amended, in that, at any time after entry, you have been convicted of two crimes involving moral turpitude not arising out of a single scheme of criminal misconduct.

*(Sección 241(a)(2)(A)(ii) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que, en algún momento después de su entrada, Ud. ha resultado convicto de dos delitos referentes a bajeza moral que no provienen de un mismo esquema sencillo de conducta delictiva.)*

**WHEREFORE, YOU ARE ORDERED** to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:

*(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)*

TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE. NOTICE WILL BE MAILED TO THE ADDRESS PROVIDED BY THE RESPONDENT.

Address / *(Dirección)*
*(La Oficina del juez de inmigración enviará un aviso a la dirección facilitada por el demandado con la fecha de la audiencia.)*

On _____ At _____ .m.
*(Fecha)* *(Hora)*

and show cause why you should not be deported from the United States on the charge(s) set forth above.

*(y mostrar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)*

Dated: November 24, 1995
*(Fechada)*

Signature of Issuing Officer: *[signed]* Michael Hart
*(Firma del funcionario que la expide)*

City and State of Issuance: New York, New York
*(Ciudad y Estado donde se expide)*

Title of Issuing Officer: Assistant District Director for Detention & Deportation
*(Título del funcionario que la expide)*

You are required to be present at your deportation hearing prepared to proceed. If you fail to appear at any hearing after having been given written notice of the date, time and location of your hearing, you will be ordered deported *in your absence*, if it is established that you are deportable and you have been provided the appropriate notice of the hearing.

You are required by law to provide immediately in writing an address (and telephone number, if any) where you can be contacted. You are required to provide written notice, within five (5) days, of any change in your address or telephone number to the office of the Immigration Judge listed in this notice. Any notices will be mailed only to the last address provided by you. If you are represented, notice will be sent to your representative. If you fail to appear at the scheduled deportation hearing, you will be ordered deported *in your absence* if it is established that you are deportable and you have been provided the appropriate notice of the hearing.

If you are ordered deported *in your absence*, you cannot seek to have that order rescinded except that: (a) you may file a motion to reopen the hearing within 180 days after the date of the order if you are able to show that your failure to appear was because of exceptional circumstances, or (b) you may file a motion to reopen at any time after the date of the order if you can show that you did not receive written notice of your hearing and you had provided your address and telephone number (or any changes of your address or telephone number) as required, or that you were incarcerated and did not appear at your hearing through no fault of your own. If you choose to seek judicial review of a deportation order entered *in your absence*, you must file the petition for review within 60 days (30 days if you are convicted of an aggravated felony) after the date of the final order, and the review shall be confined to the issues of validity of the notice provided to you, the reasons for your failure to appear at your hearing, and whether the government established that you are deportable.

In addition to the above, if you are ordered deported *in your absence*, you are ineligible for five (5) years from the date of the final order for the following relief from deportation: voluntary departure under section 242 (b) of the Immigration and Nationality Act (INA); suspension of deportation or voluntary departure under section 244 of the INA; and adjustment of status under sections 245, 248, and 249 of the INA.

The copy of this Order to Show Cause served upon you is evidence of your alien registration while you are under deportation proceedings. The law requires that you carry it with you at all times.

Está obligado a asistir a la audiencia de deportación y de estar preparado para ella. Si no asiste a cualquiera de las audiencias después de haber sido notificado por escrito de la fecha, hora y lugar de la audiencia, se ordenará su deportación **en su ausencia**, si se establece que puede ser deportado y que recibió los avisos correspondientes.

La ley le obliga a informar inmediatamente por escrito de su domicilio (y número de teléfono, de haberlo) donde pueda ser localizado. Tiene la obligación de notificar por escrito, en el plazo de cinco (5) días, cualquier cambio de domicilio o de teléfono a la oficina del juez de inmigración que aparece en este aviso. Los avisos se enviarán solamente a la última dirección facilitada por Ud. Si ha decidido tener un representante, se enviarán los avisos a dicha persona. Si no asiste a cualquiera de las audiencias después de haber sido notificado por escrito de la fecha, hora y lugar de las mismas, se ordenará su deportación **en su ausencia**, si se establece que puede ser deportado y que recibió el aviso de la audiencia.

Si se ordena su deportación **en su ausencia**, no podrá solicitar la anulación de esa orden salvo que: a) pueda presentar un pedimento para tener otra audiencia en el plazo de 180 días después de la fecha de la orden si puede demostrar que no compareció debido a circunstancias excepcionales, o b) puede presentar un pedimento para tener otra audiencia en cualquier momento después de la fecha de la orden si puede demostrar que no recibió el aviso de la audiencia por escrito y que había facilitado su dirección y número de teléfono (o notificado los cambios de dirección o número de teléfono) según lo previsto, o que estaba encarcelado y no compareció a la audiencia por motivos ajenos a su voluntad. Si decide solicitar una revisión judicial de orden de deportación **en su ausencia**, debe presentar la solicitud de revisión en el plazo de 60 días (30 días si ha sido condenado por un delito grave con agravantes) a partir de la fecha de la orden definitiva, y la revisión limitará a decidir si el aviso que recibió es válido, las razones por las cuales no compareció a la audiencia y el gobierno demostró que puede ser deportado.

Además de lo anterior, si se ordena su deportación en su **ausencia**, no podrá, en el plazo de cinco años después de la fecha de la orden definitiva, tener derecho a los siguientes recursos: salida voluntaria según la sección (b) de la ley de Inmigración y Nacionalidad (INA), suspensión de la deportación o de la salida voluntaria según la sección 244 de la INA, y ajuste de condición según las secciones 245, 248, y 249 de la INA.

Esta copia de la Orden de Presentar Motivos Justificantes que le ha sido notificada constituye prueba de su registro de extranjero mientras se llevan a cabo los trámites para su deportación. La ley exige que la lleve consigo en todo momento.





| This Order to Show Cause shall be filed with the Immigration Judge of the Executive Office for Immigration Review at the address provided below. You must report any changes of your address or telephone number in writing to this office: | Debe presentar esta Orden de Presentar Motivos Justificantes a la Oficina Ejecutiva de Revisión de Inmigración en la siguiente dirección. Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a: |

**The Office of the Immigration Judge**

201 Varick Street   11th Floor

New York ,New York 10014

---

**Certificate of Translation and Oral Notice**

This Order to Show Cause ☐ was  ☒ was not  read to the named alien in the _____ language, which is his/her native language or a language which he/she understands.

Date          Signature                          Printed Name and Title of Translator

Address of Translator (If other than INS employee) or office location and division (if INS employee)

(If oral notice was not provided please explain)

| **Manner of Service** | **Alien's Right Thumb Print** |
|---|---|
| ☒ Personal Service to Alien  See Affidavit<br><br>☐ Certified Mail - Return Receipt Requested<br><br>    ☐ Alien<br><br>    ☐ Counsel of Record | |

**Certificate of Service**

This Order to Show Cause was served by me at _____ on _____ 19 __
at _____ m.

Officer's Signature          Printed Name          Title          Office

Alien's Signature (acknowledgment/receipt of this form)
(Firma de extranjero/acuse de recibo)

---

**Request for Prompt Hearing and Waiver of 14-Day Minimum Period**
*(Solicitud de audiencia inmediata y renuncia al plazo mínimo de 14 días)*

To expedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
*(Para agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 días.)*

Signature of Respondent                                    Date
(Firma de demandado)                                       (Fecha)   LEONARD_001094

Form I-221 (Rev. 6/12/92) N                                                  Page 5

U.S. Department of Justice
Immigration and Naturalization Service

Continuation Page for Form _____

| Alien's Name | File Number | Date |
|---|---|---|
| Raymond Leonard | A036 709 518 | November 24, 1995 |

## ATTACHMENT A

Your Order to Show Cause is not being filed with the Office of the Immigration Judge at this time. At the time the Order to Show Cause if filed, you will be notified of the street address, city, state and zip code of the Office of the Immigration Judge having jurisdiction over your case.

*(En este momento, su Orden de Presentar Motivos Justificantes no esta registrada en la Oficina del Juez de Inmigracion. Cuando la Orden de Presentar Motivos Justificantes se registre, se le notificara a Ud. la direccion, ciudad, estado y codigo postal de la Oficina del Juez de Inmigracion que tiene jurisdiccion sobre su caso.)*

Until you receive notification that your Order to Show Cause has been filed, you should direct all correspondence in your case and report any changes in your address, including zip code and telephone number, to the:

*(Hasta que Ud. reciba la notificacion de que su Order de Presentar Motivos Justificantes ha sido registrada, Ud. debera dirigir toda la correspondencia sobre su caso e informar cualquier cambio de dirrecion, incluyendo el codigo postal y el numero telefonico, a:)*

United States Immigration and Naturalization Service
P.O. Box 415
Fishkill, New York 12524

Attn:   ADD/DDP

After you receive notification that your Order to Show Cause has been filed, you should direct all correspondence in your case and report any changes in your address, including zip code and telephone number, to the Office of the Immigration Judge having jurisdiction over your case.

*(Luego de que Ud. reciba la notificacion de que su Orden de Presentar Motivos Justificantes ha sido registrada, Ud. debera dirigir toda la correspondencia sobre su caso e informar cualquier cambio de direccion, incluyendo codigo postal y numero telefonico, a la Oficina del Juez de Inmigracion que tenga jurisdiccion sobre su caso.)*

| Signature | Title |
|---|---|
| *Michael Hart* | Assistant District Director for Detention and Deportation |

_____ of _____ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

LEONARD_001097

AKA: Raymond A. LEONARD; Raymond SING; Anthony LEONARD; Ray LEONARD; Anthony LENNOX; S.Anthony LEONARD

4) At that time you were admitted as a lawful permanent resident;

   (En ese momento, Ud. fue admitido como un residente permanente legal;)

5) You were, on March 16,1987, convicted in the County Court of the State of New York, County of Nassau, for the offense of Criminal Possession of Stolen Property in the Fourth Degree, in violation of Section 165.45 of the New York State Penal Law.

   (Ud. resultó convicto, el 16 de marzo de 1987, en el tribunal condado del estado de Nueva York, condado de Nassau, por el delito de Possesion Criminal de Propiedad Robada en el Cuarto Grado, en violación de la seccion 165.45 del codigo penal del estado de Nueva York;)

6) You were, on February 1,1995, convicted in the Supreme Court of the State of New York, County of Queens, for the offense of Attempted Assault in the Second Degree, in violation of Section 110/120.05 of the New York State Penal Law.

   (Ud. resultó convicto, el 1 de febrero de 1995, en el tribunal supremo del estado de Nueva York, condado de Queens, por el delito de intento de asalto en el segundo grado, en violación de la seccion 110/120.05 del codigo penal del estado de Nueva York;)

7) The aforementioned crimes did not arise out of a single scheme of criminal misconduct;

   (Los crimens mencionado no probienen del mismo segun de conductiva delectiva);

| Signature | Title |
|---|---|
| *Michael Hart* — Michael Hart | Assistant District Director for Detention & Deportation |

6 of 6 Pages



| U.S. Department of Justice | |
|---|---|
| Immigration and Naturalization Service | Additional Charges of Deportability |

UNITED STATES OF AMERICA:          File No. A36 709 518
(ESTADOS UNIDOS DE AMERICA)      (No. de registro)

In the Matter of )
(En el asunto de) ) In Deportation Proceedings under    (En los tramites de deportacion a
 ) Section 242 of the Immigration        tenor de la Seccion 242 de la
 ) and Nationality Act                  Ley de Inmigracion y Nacionalidad)
Raymond LEONARD )
 ) ADDITIONAL CHARGES           (Cargos Adicionales de
Respondent.(Demandado) ) OF DEPORTABILITY             Deportabilidad)

To:(A)

There is hereby lodged against you the additional charges(s) that you are subject to be taken into custody and deported pursuant to following provision(s) of law: (Se introduce en contra suya los cargos adicionales que esta sujeto a ser detenido bajo custodia y deporta segun la(s) siguiente(s) provision(es) de ley):

Section (241)(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after entry, you have be convicted of an aggravated felony as defined in section 101(a)(43)(F) of the Act, to wit: a crime of violence (as defined in section 16 title 18, United States Code, not including a purely political offense), for which a term of imprisonment imposed was one year more.

(Seccion 241(a)(2)(A)(iii) de la Ley de Inmigracion y Nacionalidad (INA), segun enmendada, en que, en algun momento despues de entrada, Ud. ha resultado convicto de una felonia agravada, segun se la define en la seccion 101(a)(43) de la INA o sea: un delito violencia (segun se define en la seccion 16 del titulo 18, Codigo de los Estados Unidos, que no incluye un delito puramente politic por el cual fue impuesto un termino de encarcelacion de un ano o mas).

In support of the additional charge(s) there is submitted the following factual allegation(s) in addition to those set forth in the order to sh cause and notice of hearing: (En apoyo a los cargos adicionales se somete(n) el/los siguiente(s) alegato(s) ademas de los ya expuestos en Orden de Presentar Motivos Justificantes y Aviso de Audiencia)

8. For the offense of Attempted Assault in the Second Degree, the term of imprisonment imposed was a maximum term of thr years and a minimum term of one and one-half years.

(Por el delito, de asalto atentado en el sequndo grado, el termino de encarcelacion impuesto fue un maximo de tres anos y 1 1/2 ano

Jan 6, 1998                                          _Kurt Vandy_
Date(Fecha)                                            Trial Attorney (Procurador del Gobierno)

Form I-261                                               LEONARD_000400

**U.S. Department of Justice**
Immigration and Naturalization Service

Additional Charges of Deportability

## CERTIFICATE OF SERVICE

This form was served by U.S. mail on January 6, 1997 to Irwin Berowitz, 299 Broadway, Suite 810, New York, N 10007.

*Kirti Vaidya* (signature)
Kirti Vaidya

Form I-261

LEONARD_000401