# EXHIBIT B

# (Filed Separately)