# EXHIBIT C

```
                COUNTY COURT OF THE STATE OF NEW YORK      NO FEE
                              NASSAU COUNTY
                            COUNTY COURT HOUSE
                           262 OLD COUNTRY ROAD
                              MINEOLA, NY  11501

          CERTIFICATE OF DISPOSITION - SUPERIOR COURT INFORMATION

DATE: 01/27/2021                    CERTIFICATE OF DISPOSITION NUMBER: 24757

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:           SCI-65336-87
             VS.                    LOWER COURT NUMBER(S):
                                    DATE OF ARREST:        12/10/1986
                                    ARREST #:              239441
                                    DATE OF BIRTH:         07/25/1970
LEONARD,RAYMOND

              DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 03/16/1987 BEFORE THE HONORABLE
BAKER,E    THEN A JUDGE OF THIS COURT, THE ABOVE NAMED DEFENDANT
ENTERED A PLEA OF GUILTY TO THE CRIME(S) OF

UNAUTHORIZED USE OF A VEHICLE 3rd DEGREE PL  165.05 01 AM
CRIMINAL POSSESSION OF STOLEN PROPERTY 4th DEGREE PL  165.45 01 EF

THAT ON 05/05/1987 THE ABOVE NAMED DEFENDANT WAS SENTENCED
BY THE HON. BAKER,E ,THEN A JUDGE OF THIS COURT TO


UNAUTHORIZED USE OF A VEHICLE 3rd DEGREE PL  165.05 01 AM
IMPRISONMENT =   30 DAY(S)

CRIMINAL POSSESSION OF STOLEN PROPERTY 4th DEGREE PL  165.45 01 EF
IMPRISONMENT =   30 DAY(S)




IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 01/27/2021.

                                    Maureen O'Connell
                                    CLERK OF COURT  ec
```

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed and expunged as of August 28, 2019. The court system is in the process of updating its records, but in the meantime, it is an unlawful discriminatory practice unless specifically required or permitted by statute, for any entity to make any inquiry about an expunged conviction or to use an expunged conviction adversely, whether in any form of application or otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.