EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

---

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

XJ. ARSHAD ISHMAIL - VFO
DEFENDANT
94Q024354
NYSID# 7728992J

XJ. RAYMOND LEONARD - VFO
DEFENDANT
94Q024594
NYSID# 5717326H

FJUL 29 1994

FILED:
INDICTMENT NO. 3314/94

---

| Statute | Charge | Defendants |
|---|---|---|
| 110/125.25-1 | ATTEMPTED MURDER IN THE SECOND DEGREE (1) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 160.15-1 | ROBBERY IN THE FIRST DEGREE (2) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 160.15-3 | ROBBERY IN THE FIRST DEGREE (3) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 120.10-1 | ASSAULT IN THE FIRST DEGREE (4) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 160.10-1 | ROBBERY IN THE SECOND DEGREE (5) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 160.10-2A | ROBBERY IN THE SECOND DEGREE (6) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |
| 265.01-2 | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE (7) | (ISHMAIL, ARSHAD) (LEONARD, RAYMOND) |

FEB -1 1995 As to Raymond Leonard only
Pursuant to CPL 210.20 (1A), on motion of the defendant, the court reduces count 1 to the lesser included offense of ATT ASLT 2°

HON. JOHN J. CLABBY

FEB -1 1995 As to Raymond Leonard
Cts 2, 3, 4, 5, 6 Dismissed

CLABBY

LEONARD_000338

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ATTEMPTED MURDER IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS, WITH INTENT TO CAUSE THE DEATH OF NARIENDATH ITWARU, ATTEMPTED TO CAUSE THE DEATH OF NARIENDATH ITWARU BY MEANS OF A DANGEROUS INSTRUMENT, TO WIT: A KNIFE.

## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ROBBERY IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS, FORCIBLY STOLE CERTAIN PROPERTY, TO WIT A GOLD NECKLACE, FROM NAZIM HANIF AND IN THE COURSE OF THE COMMISSION OF THE CRIME OR OF IMMEDIATE FLIGHT THEREFROM, THE DEFENDANTS CAUSED SERIOUS PHYSICAL INJURY TO NARIENDATH ITWARU WHO WAS NOT A PARTICIPANT IN THE CRIME.

## THIRD COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ROBBERY IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS, FORCIBLY STOLE CERTAIN PROPERTY, TO WIT: A GOLD NECKLACE FROM NAZIM HANIF, AND IN THE COURSE OF THE COMMISSION OF THE CRIME OR OF IMMEDIATE FLIGHT THEREFROM, THE

LEONARD_000339

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ASSAULT IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS, WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO NARIENDATH ITWARU, CAUSED SUCH INJURY TO NARIENDATH ITWARU BY MEANS OF A DANGEROUS INSTRUMENT, TO WIT: A KNIFE .

## FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ROBBERY IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS ,BEING AIDED BY OTHER PERSONS ACTUALLY PRESENT, FORCIBLY STOLE CERTAIN PROPERTY, TO WIT: A GOLD NECKLACE FROM NAZIM HANIF.

## SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF ROBBERY IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS ,FORCIBLY STOLE CERTAIN PROPERTY, TO WIT, A GOLD NECKLACE FROM NAZIM HANIF, AND IN THE COURSE OF THE COMMISSION OF THE CRIME OR OF IMMEDIATE FLIGHT THEREFROM, THE DEFENDANTS CAUSED PHYSICAL INJURY TO NARIENDATH ITWARU, WHO WAS NOT A PARTICIPANT IN THE CRIME.

LEONARD_000340

## SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANTS OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANTS, EACH AIDING THE OTHER AND ACTING IN CONCERT WITH OTHER PERSONS, ON OR ABOUT JULY 4, 1994, IN THE COUNTY OF QUEENS, KNOWINGLY AND UNLAWFULLY POSSESSED A DANGEROUS INSTRUMENT TO WIT: A KNIFE, WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER.

DISTRICT ATTORNEY



LEONARD_000341