# EXHIBIT G

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:                                Case No.: A 36 709 518

_Leonard Raymond_                                Docket: _____

RESPONDENT                                       IN DEPORTATION PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 12/17/2002
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

- [X] The respondent was ordered deported to _Guyana_
- [ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to _____ or in the alternative to _____
- [ ] Respondent's application for voluntary departure was granted until _____, with an alternate order of deportation to _____ or _____
- [ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn ( )other.
- [ ] Respondent's application for withholding of deportation was ( )granted ( )denied ( )withdrawn ( )other.
- [ ] Respondent's application for suspension of deportation was ( )granted ( )denied ( )withdrawn ( )other.
- [ ] Respondent's application for waiver under Section _212(c)_ of the Immigration and Nationality Act was ( )granted (X)denied ( )withdrawn ( )other.
- [ ] Respondent's application for _____ was ( )granted ( )denied ( )withdrawn ( )other.
- [ ] Proceedings were terminated.
- [ ] The application for adjustment of status under Section (216)(216A)(245)(249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
- [ ] Respondent's status was rescinded under Section 246.
- [ ] Other _____
- [ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

Appeal due 1/16/2003

_____
Immigration Judge

Date: 12/17/02

Appeal: RESERVED/WAIVED ( A / I / B )

LEONARD_000989