**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

October 27, 2021

Honorable William F. Kuntz II
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re: United States v. Raymond Leonard,
        19 Cr. 365 (WFK)

Dear Judge Kuntz:

    I write requesting that a new counsel be appointed to represent Mr. Leonard. I make this application since communications between Mr. Leonard and I have collapsed. He recently removed me from contacting him on the Corrlinks email system of the Bureau of Prisons. I believe it is in Mr. Leonard's best interest to be assigned a new attorney.

    Mr. Leonard requests that a trial date be set, although to date a decision on his motion has been issued. He makes this request to expedite the commencement of his trial if his motion to dismiss is denied.

    Thank you for your consideration of these requests.

                                Respectfully yours,
                                  /s/
                                Thomas F.X. Dunn

Cc: Andrew Grubin, Esq.
    Assistant U.S. Attorney
    (by ECF & email)

    Raymond Leonard
    (by First Class Mail)